IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BIMAL ENTERPRISES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-3654 |
| | : | |
| LEHIGH GAS CORPORATION | : | |

## JUDGMENT

AND NOW, this 28th day of September, 2012, it is ORDERED Judgment is entered in the above-captioned case as follows:

(1) Judgment is entered on Plaintiff Bimal Enterprises, Inc.'s (BEI) Petroleum Marketing Practices Act (PMPA) claim in favor of BEI and against Defendant Lehigh Gas Corporation (Lehigh). The Court declares Lehigh's May 15, 2009, termination of BEI's franchise is unlawful under the PMPA. Lehigh shall rescind the May 15, 2009, termination notice. Lehigh is permanently enjoined from terminating BEI's PMPA franchise unless upon other lawful grounds.

(2) Judgment is entered on Lehigh's fraudulent misrepresentation claim in favor of Lehigh and against BEI and Third-Party Defendant Manmeet Singh for nominal damages in the amount of $1.00, but not against Third-Party Defendant Bimal Patel.

(3) Judgment is entered on Lehigh's conversion claim in favor of Lehigh and against BEI and Singh for nominal damages in the amount of $1.00, but not against Patel.

(4) Judgment is entered on Lehigh's breach of contract claim in favor of Lehigh and against BEI and Patel for nominal damages in the amount of $1.00.

(5) Lehigh's claim for ejectment against BEI and Patel is DISMISSED.

(6)     Lehigh's claim for contribution and indemnification against Patel is DISMISSED.

                                                         BY THE COURT:

                                            /s/  Juan R. Sánchez  
                                           Juan R. Sánchez, J.